to appeal to the Court of Appeals denied, without costs. Motion for stay denied, without costs. Present — Lazansky, P..J., Rich, Young, Kapper and Scudder, JJ.

MODERN-SILVER LINEN SUPPLY CO., INC., Respondent, v. HARRY SALZBERG, Defendant. MORRIS I. RIEDERMAN, Appellant.— Motion for stay granted upon condition that, within five days from the entry of the order herein, appellant file an undertaking, with corporate surety, to secure payment of the fine imposed and the costs of the appeal; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

ISAAC PARSHELSKY, Respondent, v. JOSEPH KAISER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

CELIA PORES, Respondent, v. H. BLUMENBERG, INC., and HERMAN BLUMENBERG, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CERILLO, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS TAVE, Respondent, v. LEO J. PALMER, as Superintendent of the NEW YORK STATE REFORMATORY FOR WOMEN AT BEDFORD, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

RALWIN CORPORATION, Respondent, v. N. THEODORE ARVIDSON, Appellant.— Motion for stay of summary proceedings denied, with ten dollars costs, upon the ground that the defense of election may be pleaded and litigated in that proceeding. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

RALWIN CORPORATION, Respondent, v. N. THEODORE ARVIDSON, Appellant.— Motion to stay entry of judgment pending appeal from order denying motion to open default granted. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

CHARLES SCHAFFER, Respondent, v. "PETER" DAVENO, etc., and SAND & GRAVEL CO., INC., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

GLORIA SCHWARTZ, an Infant, by ELSIE FIKO, Her Guardian ad Litem, Appellant, v. CHARLES SCHWARTZ, Respondent.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

GLORIA SCHWARTZ, an Infant, by ELSIE FIKO, Her Guardian ad Litem, Respondent, v. ROSE SCHWARTZ and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

HARRY TURKOWITZ, Respondent, v. JACOB PALETZ, EZEKIEL LEAVITT and "MENDEL" KANTOR, Appellants.— Motion for reargument denied, with ten